USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2021

MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM PLLC
5 WEST 19TH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10011
TELEPHONE: 212-433-2554

September 27, 2021

VIA CM/ECF
Honorable Annalisa Torres
United States District Judge
Southern District of New York
via CM/ECF

  Re: Joshua Adams vs. 339-347 East 12th Street Investor, LLC, et al.
    Civil Action No.: 1:21-cv-06441-AT
    Letter-Motion for Extension of Time to File Case Management Plan

Dear Judge Torres

  I represent Plaintiff in this matter.

  The Parties are required to file their Case Management Plan by September 27, 2021.

  However, Defendant has not entered an appearance in this action. Plaintiff has sent a letter to the Defendants advising them that if they fail to respond or appear in this action, that Plaintiff will be moving for a default.

  Plaintiff requests and extension through October 15, 2021 to either file the Parties' Case Management Plan or move for default against the Defendants.

  This extension will not effect any other deadlines in this case.

  Thank you for your consideration.

        Respectfully Submitted,

        BARDUCCI LAW FIRM, PLLC

        s/Maria Costanza Barducci
        Maria-Costanza Barducci, Esq.

GRANTED. By **October 15, 2021**, the parties shall file their joint letter and proposed case management plan, or Plaintiff shall move for default judgment in accordance with Attachment A of the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: September 27, 2021
   New York, New York

           ANALISA TORRES
           United States District Judge