```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2022
```

MARIA COSTANZA BARDUCCI
# BARDUCCI LAW FIRM
5 West 19th Street, 10th Floor
New York, New York 10011
Telephone: 212-433-2554

May 2, 2022

**Via CM/ECF**
The Honorable Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *JOSHUA ADAMS v 339-347 EAST 12TH STREET INVESTOR LLC, and SALTWATERNYC LLC*
          *Case NO: 1:21-cv-06441*
          *Withdrawal of Joint Letter-Notice of Settlement in Principle*

Your Honor:

    I represent the Plaintiff in the above-referenced matter.

    Please withdraw the previous filing of Notice of Settlement for case1:21-cv-06441. This was mistakenly filed for this case but meant to be filed for Case 21-cv-10711-AJN-SN. There has been no settlement of the above captioned and it is requested that the previous filing be withdrawn. My apologies to the Court.

    Thank you for your consideration.

                                        Respectfully Submitted,

                                        **BARDUCCI LAW FIRM**

                                        s/Maria Costanza Barducci, Esq.
                                        MARIA COSTANZA BARDUCCI, ESQ.

cc: Via CM/ECF Only

        Application GRANTED. The Notice of Settlement (ECF No. 50) inadvertently filed in this action is deemed withdrawn. SO ORDERED.

        Dated: May 4, 2022