```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joshua Adams,<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>339-347 East 12th Street Investor, LLC et al.,<br><br>　　　　　　　　　Defendants. | 1:21-cv-06441 (AT) (SDA)<br><br>ORDER |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

It is hereby Ordered that, no later than September 13, 2022, the parties shall file a joint letter regarding the status of this action.

**SO ORDERED.**

DATED:　　New York, New York
　　　　　　September 6, 2022

_____
STEWART D. AARON
United States Magistrate Judge